# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 21, 2022

## NO. 03-20-00448-CV

**Marlonia Ivy, Appellant**

**v.**

**Victor Garcia and Wanda Garcia, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on September 8, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.